IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01112-OES

PHILLIP ESPINOZA,

       Applicant,

v.

AL ESTEP, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

"Petitioner's Motion to Expand the Record" filed on July 25, 2005, is GRANTED.

Dated: July 27, 2005

Copies of this Minute Order mailed on July 27, 2005, to the following:

Phillip Espinoza
Prisoner No. 43235
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

                                   Secretary/Deputy Clerk