IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01112-MSK-PAC

PHILLIP ESPINOZA,

    Petitioner,

v.

AL ESTEP, and
COLORADO ATTORNEY GENERAL

    Respondents.

_____

**ORDER DENYING STAY AND DISCOVERY, DIRECTING RESPONSE, AND REFERRING MATTER FOR RECOMMENDATION**
_____

    **THIS MATTER** comes before the Court pursuant to an Amended Petition (**# 5**) for writ of *habeas corpus* filed by the Petitioner; the Petitioner's Motion for Order for Discovery (**# 9**) and Motion to Stay Case Until Discovery is Final (**# 10**).

    Both motions are **DENIED**.  The Amended Petition adequately sets forth the Petitioner's claims, and the Respondents shall supply the Court with all relevant trial and appellate records relating to the claims at issue.  To the extent that the Plaintiff seeks documents from cases in which he was not a party, no showing of particular need has been made.

    The Respondents shall file an Answer to the Petition within 60 days of the date of this Order.  At that time, the Respondents shall also file copies of all relevant trial and appellate records from the Petitioner's case that may relate to the claims at issue.

Pursuant to Fed. R. Civ. P. 72(b), this matter is **REFERRED** to United States Magistrate Judge Patricia A. Coan to issue a Recommendation as to the merits of the Petition and to hear and resolve such other matters as may be specifically referred.

Dated this 2d day of August, 2005

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge