IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01112-MSK-PAC

PHILLIP ESPINOZA,

    Applicant,

v.

AL ESTEP, Warden, and Colorado Attorney General

    Respondents.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Petitioner's Motion for Copy of Index of Trial Court Record [filed December 1, 2005, Doc. No. 22], referred to Magistrate Judge Coan on December 16, 2005 is **DENIED.** An indigent prisoner does not have a constitutional right to access a free transcript (or portion thereof) to search for error.  *Ruark v. Gunter*, 958 F.2d 318 (10th Cir. 1992).

Dated:  February 2, 2006