IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01112-MSK-PAC

PHILLIP ESPINOZA,

       Applicant,

v.

AL ESTEP, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.
_____

**OPINION AND ORDER ADOPTING RECOMMENDATION AND DENYING PETITION**
_____

**THIS MATTER** comes before the Court pursuant to the June 15, 2006 Report and Recommendation **(# 37)** of United States Magistrate Judge Patricia A. Coan that the Petitioner's Amended Petition **(# 5)** for a writ of *habeas corpus* be denied, to which no party has filed timely Objections; the Petitioner's Motion to Stay Proceedings, Appoint Counsel and Issue a Limited Remand **(# 33)**, the Respondents' response **(# 35)**, and the Petitioner's reply **(# 36)**; and the Petitioner's Motion for Reconsideration **(# 34)** of a prior Order **(# 32)** of this Court.

As always, the Court construes the Petitioner's *pro se* pleadings liberally. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Turning first to the Motion to Stay and the Motion to Reconsider, both motions stem from a claim by the Petitioner that he needs to obtain evidence used in certain other criminal cases not involving him in order to prosecute his claims in this case. This Court has previously addressed these contentions in its Order of March 27, 2006 **(# 32)**, and, notwithstanding the Petitioner's

assertions in the instant motions, the reasoning in that Order continues to fully apply. If anything, the Petitioner's continued insistence that he needs to obtain evidence from these other cases in order to pursue his claims here amply demonstrates, as the Magistrate Judge found, that many of the Petitioner's claims in this matter have not been fully exhausted before the state courts. Accordingly, the Motion to Stay, etc. **(# 33)** and Motion for Reconsideration **(# 34)** are **DENIED**.

Turning to the Recommendation, more than 10 days have passed since the issuance and service of the Recommendation and no party has filed objections. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Where no party files objections to a recommendation, the Court applies whatever standard of review to that recommendation that it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir.1991). This Court has reviewed the recommendation under the otherwise applicable *de novo* standard of Fed. R. Civ. P. 72(b). Upon a *de novo* review, the Court agrees with the reasoning and result of the Magistrate Judge. Accordingly, the Court **ADOPTS** the Recommendation **(# 37)**, and the Amended Petition **(# 5)** is **DENIED**. The Clerk of the Court shall close this case.

Dated this 7th day of August, 2006

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge